UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>OMAR EL-ACHKAR, HALLOUN MALEK KHARRAT, AL DAHER AHMAD YAACOUB, AND ONE OR MORE UNKNOWN TRADERS IN THE SECURITIES OF GENERAL COMMUNICATION, INC.,<br><br>Defendants. | Case No. 1:17-cv-02659-KPF<br><br>**CLERK'S CERTIFICATE OF DEFAULT** |

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of California of New York, do hereby certify that this action was commenced on April 13, 207 with the filing of the complaint. I further certify that the summons and First Amended Complaint ("FAC") were filed on July 13, 2017, and the summons and FAC were served on defendant Halloun Malek Kharrat ("Kharrat") by international UPS on August 18, 2017 and proof of service was therefore filed on August 29, 2017, Dkt. No. 44. I further certify that the docket entries indicate that the defendant Kharrat has not filed an answer or otherwise moved with respect to the FAC herein. The default of the defendant Kharrat is hereby noted.

Dated: New York, New York
~~March~~ ___, 2018
APRIL 5

RUBY J. KRAJICK
Clerk of the Court

By: _____
Deputy Clerk